THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**EOD**
09/07/2023

| | | |
|---|---|---|
| IN RE: | § | |
| THOMAS F. WILLIAMS | § | CASE NO.   21-10313 |
| xxx-xx-5365 | § | |
| 148 S DOWLEN RD PO BOX 120 | § | |
| BEAUMONT, TX 77707 | § | |
| | § | CHAPTER 13 |
| | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | | |

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

ON THIS DATE the Court considered the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on 7/24/2023 by the Chapter 13 Trustee. The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan [dkt #2 as modified by the terms of the Confirmation Order dkt #19] entered in the above-referenced case (the "Confirmed Chapter 13 Plan"). The Court finds that the Modification Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-eight (28)-day negative notice language, pursuant to LBR 3015(h), which directed any party opposed to the granting of the relief sought by the Modification Motion to file a written response within 28 days or the Modification Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Modification Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the proposed plan modifications, together with any allegations contained in the Motion regarding the propriety of those plan modifications or the fulfillment of the requirements set forth in § 1329 of the Bankruptcy Code, stand unopposed. Therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 Plan filed on 7/24/2023 by the Chapter 13 Trustee is hereby **GRANTED,** the Confirmed Chapter 13 Plan is hereby **MODIFIED** in accordance with the provisions set forth in the Modification Motion, as amended by this Order, and the Chapter 13 Trustee shall adjust distributions accordingly. All remaining provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

Signed on 09/07/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE